**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 328 EAL 2017
                                         :

            Respondent            :

                                         :   Petition for Allowance of Appeal from
                                         :   the Order of the Superior Court
            v.                     :

                                         :

RAYMOND HOWARD,                 :

                                         :

            Petitioner            :

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 13th day of December, 2017, the Petition for Allowance of Appeal is **DENIED**.